**Mansa Musa BANSHEE, formerly known as Stanley Rembert Butler, Petitioner–Appellant,**

v.

**William E. GUNN; Charles M. Condon, Respondents–Appellees.**

**No. 02–6414.**

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2002.

Decided May 28, 2002.

Mansa Musa Banshee, Appellant Pro Se. William Edgar Salter, III, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Mansa Musa Banshee appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). The district court granted Banshee's motion for a certificate of appealability. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Banshee v. Gunn*, No. CA-01-2349-6-10 (D.S.C. Feb. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*